EDDIE C. TOSADO *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT, ET AL. (AC 32401)

Lavine, Robinson and Lavery, Js.

Argued April 21—officially released July 19, 2011

*Krista Dolson O'Brien,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* former attorney general, and *Philip M. Schulz,* assistant attorney general, for the appellant (named defendant).

*Eddie C. Tosado,* pro se, the appellee (plaintiff).

*Opinion*

ROBINSON, J. The named defendant, the administrator of the Unemployment Compensation Act,[1] appeals from the judgment of the Superior Court sustaining the appeal by the plaintiff, Eddie C. Tosado, from the determination of the employment security board of review (board) denying the plaintiff unemployment compensation benefits. On appeal, the defendant claims that the court improperly determined that the board's factual findings did not support the board's conclusion that the plaintiff was discharged for wilful misconduct. We agree and, accordingly, reverse the judgment of the trial court.

In the related case of *Tosado* v. *Administrator, Unemployment Compensation Act,* 130 Conn. App. 266 22 A.3d 675 (2011), we addressed the claim of error raised by the present appeal. We adopt the reasoning and conclusion of that opinion to resolve the present appeal.

---

[1] We note that the defendant, The Wellpoint Companies, Inc., filed a separate appeal from the judgment of the trial court. See *Tosado* v. *Administartor, Unemployment Compensation Act,* 130 Conn. App. 266, 22 A.3d 675 (2011). We refer to the administrator of the Unemployment Compensation Act as the defendant in this opinion.

The judgment is reversed and the case is remanded with direction to render judgment for the defendant.

In this opinion the other judges concurred.